IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEMILSO SOTO FLORIAN,** | : | **CIVIL ACTION NO. 1:25-CV-2253** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| v. | : | |
| | : | |
| **DAVID O'NEILL,** *et al.*, | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 29th day of January, 2026, Petitioner giving notice (Doc. 10) to the court of his desire to dismiss this action, and the court finding the dismissal of this action with each party bearing their own costs a proper resolution, <u>see</u> FED. R. CIV. P. 41(a)(2), it is hereby ORDERED that:

1. This action is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania